B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

In re MARK A. STERLING                    ,                    Case No.  20-11781-NVA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Gregory Funding, LLC
P.O. Box 230579
Tigard, OR 97281

Court Claim # (if known): 4-2
Amount of Claim: $282,952.00
Date Claim Filed: 04/29/2021

Phone: 866-712-5698
Last Four Digits of Acct #: 1-681

Phone:
Last Four Digits of Acct #: 6582

Name and Address where transferee payments should be sent (if different from above):
Gregory Funding, LLC
P.O. Box 742334
Los Angeles, CA 90074-2334

Phone: 866-712-5698
Last Four Digits of Acct #: 1-681

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Gregory C. Mullen                                   Date:  09/02/2021
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*