United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-11781-NVA
MARK A STERLING  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 31466850 | + Nationstar Mortgage LLC dba Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Marian Abood-Carroll | ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Gregory Christopher Mullen | gmullen@albalawgroup.com  bankruptcy@albalawgroup.com,gregory.c.mullen@gmail.com |
| Jeffrey P. Nesson | nessonbankrp@gmail.com  mdbkcourt@gmail.com,r46096@notify.bestcase.com |
| John Edwin Tarburton | ANHSOrlans@InfoEx.com  ecfaccount@orlans.com |
| Katherine Loverde | kloverde2@gmail.com  bankruptcy@albalawgroup.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 02, 2021 | Form ID: trc | Total Noticed: 1 |

Michael J. Klima
    bankruptcy@peroutkalaw.com

Rebecca A. Herr
    ecf@ch13md.com

Samuel D Snyder
    samuel.snyder@baltimorecity.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 20-11781
Chapter 13

In re: Debtor(s) (including Name and Address)

MARK A STERLING
4864 WAINRIGHT CIRCLE
Owings Mills MD 21117

## NOTICE OF PROPOSED TRANSFER OF CLAIM

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim. A copy of the document received by this Court transferring your claim is included with this Notice. Please read the document carefully to insure its authenticity and accuracy.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Nationstar Mortgage LLC dba Mr. Cooper, PO Box 619096, Dallas, TX  75261-9741 | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed<br>c/o Gregory Funding, LLC<br>PO Box 230579<br>Tigard, OR 97281 |

## -- DEADLINE TO OBJECT TO TRANSFER --

No action is required if you do not object to the transfer of your claim. If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   09/04/21

Mark A. Neal
**CLERK OF THE COURT**